| AO 435<br>AZ Form (Rev. 1/2015) | Administrative Office of the United States Courts<br>TRANSCRIPT ORDER | | FOR COURT USE ONLY<br>DUE DATE:<br>Lau |
|---|---|---|---|
| 1. NAME Laura E. Hayes | 2. PHONE NUMBER (304) 340-3886 | | 3. DATE 10/22/2015 |
| 4. FIRM NAME Spilman Thomas & Battle, PLLC | | | |
| 5. MAILING ADDRESS PO Box 273 | 6. CITY Charleston | 7. STATE WV | 8. ZIP CODE 25321-0273 |
| 9. CASE NUMBER 5:14-cv-001166 | 10. JUDGE Seibert | DATES OF PROCEEDINGS 11. | 12. |
| 13. CASE NAME Talkington v. Columbian Chemicals Company | 14. USDC, Northern Distr. LOCATION OF PROCEEDINGS | | 15. STATE WV |

16. ORDER FOR
☐ APPEAL   ☐ CRIMINAL   ☐ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY
☐ NON-APPEAL   ☒ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING | 10/14/2015 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☒ | ☐ | | ☐ PAPER COPY | 91.25 |
| 14 DAYS | ☐ | ☐ | | ☒ PDF (e-mail) | |
| 7 DAYS | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS: lhayes@spilmanlaw.com

19. SIGNATURE Laura E. Hayes

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

20. DATE 10/22/2015

TRANSCRIPT TO BE PREPARED BY Linda Mullen

| | DATE | BY | | | |
|---|---|---|---|---|---|
| ORDER RECEIVED | 10/22 | Lsm | ESTIMATE TOTAL | | 91.25 |
| DEPOSIT PAID | | | DEPOSIT PAID | | 0 |
| TRANSCRIPT ORDERED | 10/22 | Lsm | TOTAL CHARGES | | 91.25 |
| TRANSCRIPT RECEIVED | 10/22 | email | LESS DEPOSIT | | 0 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | | 0 |
| PARTY RECEIVED TRANSCRIPT | 10/22 | email | TOTAL DUE | | 91.25 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY