IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

COLUMBIAN CHEMICALS
COMPANY,

    Plaintiff,

v.

AIG SPECIALTY INSURANCE
COMPANY f/k/a CHARTIS
SPECIALTY INSURANCE
COMPANY,

    Defendant.

Civil Action No.: 5:14-cv-00166
Hon. John Preston Bailey

### ORDER OF WITHDRAWAL OF COUNSEL FOR MATTHEW M. KILLEN

For good cause shown, the Notice of Withdrawal of Counsel for Matthew M. Killen of Nicolaides Fink Thorpe Michaelides Sullivan LLP will be treated as a motion for leave to withdraw as counsel for Defendant AIG Specialty Insurance Company f/k/a Chartis Specialty Insurance Company, effective October 26, 2015, and as such is hereby **GRANTED**.

ENTER: *10-29-2015*

_____
John Preston Bailey, Judge