# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| COLUMBIAN CHEMICALS COMPANY | |
|---|---|
| *Plaintiff* | |
| v. | Civil Action No. 5:14-cv-166 |
| AIG SPECIALTY INSURANCE COMPANY, f/k/a CHARTIS SPECIALTY INSURANCE COMPANY | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

✘ decided by Judge   JOHN PRESTON BAILEY

This Court hereby **GRANTS** AIG's Motion for Summary Judgment [Doc. 58], and judgment shall be entered in favor of AIG.  Additionally, AIG's Motion to Compel [Doc. 88], AIG's Motion to Extend Response Deadline to Certain Discovery Requests Pending Resolution of AIG's Objection to the Magistrate's September 18, 2015 Recommendation [Doc. 101], Columbian's Motion in Opposition to AIG's Motion to Compel [Doc. 103], AIG's Reply in Support of its Objections to the Magistrate's September 18, 2015 Discovery Order [Doc. 126], and the Fitzsimmons Law Firm's Motion to Quash Subpoena and Partial Response to Subpoena Issued by AIG [Doc. 128] are all         hereby **DENIED AS MOOT**. As a final matter, it is ordered that this case be **STRICKEN** from the active docket of this Court.

Date:    Nov 9, 2015    *CLERK OF COURT*

/s/L.M. Murphy

*Signature of Clerk or Deputy Clerk*